FILED: November 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4687
(1:20-cr-00208-WO-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ALEXANDER HILLEL TREISMAN, a/k/a Alexander S. Theiss

      Defendant - Appellant

_____

O R D E R

_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge King, Judge Wynn, and Judge Quattlebaum.

For the Court

/s/ Nwamaka Anowi, Clerk